| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-12522-AMC**

| | |
|---|---|
| Drew T. Snedeker | Petition Filed Date: 06/03/2020 |
| 27 Indian Creek Drive | 341 Hearing Date: 07/10/2020 |
| Levittown  PA    19057 | Confirmation Date: 01/13/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $593.00 | | 09/07/2022 | $593.00 | | 09/20/2022 | $593.00 | |
| 10/05/2022 | $593.00 | | 10/26/2022 | $593.00 | | 12/27/2022 | $593.00 | |
| 01/27/2023 | $593.00 | | 02/28/2023 | $593.00 | | 03/28/2023 | $593.00 | |
| 04/28/2023 | $593.00 | | 06/02/2023 | $593.00 | | 07/06/2023 | $593.00 | |
| 07/31/2023 | $593.00 | | | | | | | |

**Total Receipts for the Period:  $7,709.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,790.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $563.26 | $0.00 | $563.26 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $551.56 | $0.00 | $551.56 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $859.59 | $0.00 | $859.59 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $27,489.21 | $16,245.08 | $11,244.13 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $845.97 | $0.00 | $845.97 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,460.47 | $0.00 | $1,460.47 |
| 0 | JOHN M KENNEY ESQ | Attorney Fees | $2,250.00 | $0.00 | $2,250.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,790.00 | Current Monthly Payment: | $592.73 |
| Paid to Claims: | $16,245.08 | Arrearages: | $1,270.09 |
| Paid to Trustee: | $1,755.29 | Total Plan Base: | $34,507.42 |
| Funds on Hand: | $2,789.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.