| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-12522-AMC

Drew T. Snedeker
27 Indian Creek Drive
Levittown PA 19057

Petition Filed Date: 06/03/2020
341 Hearing Date: 07/10/2020
Confirmation Date: 01/13/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2023 | $593.00 | | 10/06/2023 | $593.00 | | 11/01/2023 | $593.00 | |
| 11/21/2023 | $593.00 | | 12/14/2023 | $593.00 | | 02/01/2024 | $593.00 | |
| 02/27/2024 | $593.00 | | 04/01/2024 | $593.00 | | 04/30/2024 | $593.00 | |
| 06/04/2024 | $593.00 | | 07/01/2024 | $593.00 | | | | |

**Total Receipts for the Period: $6,523.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,906.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $563.26 | $0.00 | $563.26 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $551.56 | $0.00 | $551.56 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $859.59 | $0.00 | $859.59 |
| 4 | NATIONSTAR MORTGAGE LLC »» 004 | Mortgage Arrears | $27,489.21 | $23,195.04 | $4,294.17 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $845.97 | $0.00 | $845.97 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,460.47 | $0.00 | $1,460.47 |
| 0 | JOHN M KENNEY ESQ | Attorney Fees | $2,250.00 | $0.00 | $2,250.00 |

**Chapter 13 Case No. 20-12522-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,906.00 | Current Monthly Payment: | $592.73 |
| Paid to Claims: | $23,195.04 | Arrearages: | $1,266.85 |
| Paid to Trustee: | $2,460.96 | Total Plan Base: | $34,507.42 |
| Funds on Hand: | $2,250.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.