IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DREW T. SNEDEKER : Case No. 20-12522-amc
: Chapter 13

## CERTIFICATION OF NO RESPONSE

I, John M. Kenney, Esquire, attorney for Debtor, Drew T. Snedeker, hereby certify that as of this 15th day of April, 2025, there has been no response or answer regarding the Motion For Approval of Administrative Expenses and Application for Compensation dated and served March 21, 2025. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Ashely M. Chan as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.

Date: April 15, 2025

s/ John M. Kenney_____
**John M. Kenney, Esquire**
308 N. Oxford Valley Road
Fairless Hills, PA  19030
(215)547-3031