# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DREW T. SNEDEKER                : Case No. 20-12522-amc
                                       : Chapter 13

## ORDER

**AND NOW,** this 13th day of June, 2025, upon Motion of Debtor and for good cause shown, it is

**ORDERED** that the Motion for Approval of Administrative Expenses is **GRANTED**; and

**ORDERED** that counsel for the Debtor is awarded $3,750.00 as compensation for the firm's services in this case. The Trustee is authorized and directed to pay the amount of $2,250.00 to the said counsel and the Trustee is authorized and directed to pay this sum to counsel from the plan payments which he has received on the Debtor's account, made payable to John M. Kenney, Esquire.

BY THE COURT:

BY: _____
HONORABLE ASHELY M. CHAN