# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Drew T. Snedeker** | : | Case No.: 20-12522 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **Nationstar Mortgage LLC** ("Creditor").  Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.


/s/ Stephen R. Franks                              /s/ Adam B. Hall
Stephen R. Franks (0075345)                Adam B. Hall (323867)
MDK Legal                                                MDK Legal
P.O. Box 165028                                      P.O. Box 165028
Columbus, OH  43216-5028                 Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181       614-220-5611; Fax: 614-627-8181
SRFranks@mdklegal.com                   ABHall@mdklegal.com


24-003256_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-12522 |
| **Drew T. Snedeker** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Nationstar Mortgage LLC** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Drew T. Snedeker** | : |
| **Scott F. Waterman** | : |
| **Respondents.** | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

John M. Kenney, Attorney for Drew T. Snedeker, jken330@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Drew T. Snedeker, 27 Indian Creek Drive, Levittown, PA 19057

/s/ Adam B. Hall

24-003256_PS