| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 20-12522-AMC

| | |
|---|---|
| Drew T. Snedeker | Petition Filed Date: 06/03/2020 |
| 27 Indian Creek Drive | 341 Hearing Date: 07/10/2020 |
| Levittown  PA    19057 | Confirmation Date: 01/13/2021 |

Case Status: Completed on 6/25/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $593.00 | | 08/28/2024 | $1,300.00 | | 09/18/2024 | $593.00 | |
| 10/23/2024 | $593.00 | | 11/19/2024 | $593.00 | | 02/07/2025 | $593.00 | |
| 03/03/2025 | $593.00 | | 04/02/2025 | $593.00 | | 04/29/2025 | $593.00 | |
| 06/02/2025 | $593.00 | | 06/25/2025 | $560.00 | | | | |

**Total Receipts for the Period: $7,197.00    Amount Refunded to Debtor Since Filing: $2.58   Total Receipts Since Filing: $34,510.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $563.26 | $233.67 | $329.59 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $551.56 | $228.82 | $322.74 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $859.59 | $356.61 | $502.98 |
| 4 | NATIONSTAR MORTGAGE LLC »» 004 | Mortgage Arrears | $27,489.21 | $27,489.21 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $845.97 | $350.96 | $495.01 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,460.47 | $605.89 | $854.58 |
| 0 | JOHN M KENNEY ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 7 | HELM ASSOCIATES | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PACIFIC UNION FINANCIAL LLC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CONSUMER PORTFOLIO SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | VERIZON WIRELESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Drew T. Snedeker | Debtor Refunds | $2.58 | $2.58 | $0.00 |

**Chapter 13 Case No. 20-12522-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,510.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $31,517.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,992.26 | Total Plan Base: | $34,507.42 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.