Certificate Number: 05781-PAE-DE-040167079

Bankruptcy Case Number: 20-12522



05781-PAE-DE-040167079

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2025, at 11:07 o'clock AM PDT, Drew Snedeker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    October 6, 2025            By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President